# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Douglas Lynch, et al.
          Plaintiff,

v.                 Case No.: 1:16–cv–04524
                Honorable Gary Feinerman

Motorola Mobility LLC, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2016:

  MINUTE entry before the Honorable Gary Feinerman:Defendant's unopposed motion for extension of time [20] is granted in part. The time for Defendants to answer or otherwise plead to the amended complaint is extended to 7/16/2016. The 6/15/2016 motion hearing [21] is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.