## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Douglas Lynch, et al.
                                               Plaintiff,

v.                                                                Case No.: 1:16−cv−04524
                                                                 Honorable Gary Feinerman

Motorola Mobility LLC, et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 29, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Unopposed motion to appoint interim class counsel [34] is granted. Daniel C. Girard of Girard Gibbs LLP and Mark Miller of Wexler Wallace LLP are appointed as interim class counsel under Civil Rule 23(g)(3). Given the lack of opposition to the motion, the entry of this order is without prejudice to any party or non−party moving to vacate or modify the order on any appropriate ground. Motion hearing set for 9/1/2016 [38] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.