UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Douglas Lynch, et al.
                              Plaintiff,

v.                                        Case No.: 1:16–cv–04524
                                                    Honorable Gary Feinerman

Motorola Mobility LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/9/2017 at 9:00 a.m. The parties reported that they have agreed to a settlement structure. At their request, the court will not rule on the pending motion to dismiss [27] prior to the next status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.