# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOUGLAS LYNCH, JARIEL ARIAS, KYLE JOHNSON, JANNA LAVERDIERE, ROBERT MAHON, and JEFFREY SANDERS, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY LLC d/b/a MOTOROLA and LENOVO (UNITED STATES) INC., <br><br> Defendants. | Case No. 1:16-cv-4524 <br><br> **The Honorable Gary Feinerman** |

## MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

For the reasons set forth in the attached memorandum, Plaintiffs Douglas Lynch, Jariel Arias, Kyle Johnson, Janna Laverdiere, Robert Mahon, and Jeffrey Sanders ("Plaintiffs"), by their undersigned counsel, hereby move for the following: attorneys' fees, expenses, and service awards.

WHEREFORE, for the reasons set forth in the accompanying memorandum, Plaintiffs respectfully request that the Court grant attorneys' fees, expenses and service awards as set forth in the attached Proposer Order.

DATED: November 8, 2017

Respectfully submitted,

/s/ *Mark R. Miller*
Kenneth A. Wexler
Mark R. Miller
Adam Prom

1

**WEXLER WALLACE LLP**
55 W. Monroe Street, Ste. 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 246-0022
kaw@wexlerwallace.com
mrm@wexlerwallace.com
ap@wexlerwallace.com

Daniel C. Girard (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice forthcoming*)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
je@girardgibbs.com
smg@girardgibbs.com

*Attorneys for Individual and Representative Plaintiffs Douglas Lynch, Jariel Arias, Kyle Johnson, Janna Laverdiere, Robert Mahon, and Jeffrey Sanders*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system, and was thereby made available to counsel of record.

                                                            /s/ *Mark R. Miller*
                                                            Mark R. Miller