UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOUGLAS LYNCH, JARIEL ARIAS, KYLE JOHNSON, JANNA LAVERDIERE, ROBERT MAHON, and JEFFREY SANDERS, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  vs.<br><br>MOTOROLA MOBILITY LLC d/b/a MOTOROLA and LENOVO (UNITED STATES) INC.,<br><br>        Defendants. | Case No. 16-CV-04524<br><br>Hon. Gary Feinerman |

**STIPULATION REGARDING ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS**

On November 8, 2017, Plaintiffs Douglas Lynch, Jariel Arias, Kyle Johnson, Janna Laverdiere, Robert Mahon, and Jeffrey Sanders ("Plaintiffs") filed a Motion for Attorneys' Fees, Expenses, and Service Awards (the "Motion"). ECF 83. The parties have met and conferred regarding the motion, and hereby agree as follows:

Plaintiffs' Motion requested that the Court award Girard Gibbs LLP and Wexler Wallace LLP ("Class Counsel"), $775,413 in attorneys' fees. Defendants Motorola Mobility LLC d/b/a Motorola and Lenovo (United States) Inc., (collectively "Motorola") hereby agrees to pay attorneys' fees to Class Counsel up to $400,000, as the Court may award, and does not oppose Plaintiffs' Motion with respect to the payment of attorneys' fees in that amount.

Plaintiffs' Motion requested that the Court award Class Counsel $21,000 in expenses. Motorola does not oppose Plaintiffs' Motion with respect to the payment of expenses and hereby agrees to pay expenses to Class Counsel in the amount of $21,000, or in such amount up to $21,000 as the Court may award.

Plaintiffs' Motion requested that the Court award each of the named Plaintiffs—Douglas Lynch, Jariel Arias, Kyle Johnson, Janna Laverdiere, Robert Mahon, and Jeffrey Sanders—service awards in the amount of $600. Motorola does not oppose Plaintiffs' Motion with respect to the payment of service awards and hereby agrees to pay service awards to each named Plaintiff in the amount of $600, as the Court may award.

Nothing in this Stipulation modifies the provisions of Section 5 of the Settlement Agreement (ECF 69-1 at 20-22).

.

Dated: December 18, 2017						By: /s/ *Scott Grzenczyk*

Daniel C. Girard (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Scott M. Grzenczyk (*pro hac vice*)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
je@girardgibbs.com
smg@girardgibbs.com

Mark R. Miller
Adam Prom
**WEXLER WALLACE LLP**
55 W. Monroe Street, Ste. 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 246-0022
kaw@wexlerwallace.com
mrm@wexlerwallace.com
ap@wexlerwallace.com

*Attorneys for Individual and Representative Plaintiffs Douglas Lynch, Jariel Arias, Kyle Johnson, Janna Laverdiere, Robert Mahon, Jordan Potts, and Jeffrey Sanders*

/s/ *Michael Dockterman* (with permission)

Michael Dockterman
Daniel Raymond
**STEPTOE & JOHNSON LLP**
115 S. LaSalle Street, Ste. 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300
mdockterman@steptoe.com
draymond@steptoe.com

*Counsel for Motorola Mobility LLC d/b/a Motorola and Lenovo (United States), Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this December 18, 2017.

*/s/ Scott Grzenczyk*
Scott Grzenczyk